# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-119-RJC-DCK

| | |
|---|---|
| CHESTER BAILEY, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NVIDIA CORPORATION, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Scott C. Harris, concerning Charles LaDuca on March 30, 2015. Mr. Charles LaDuca seeks to appear as counsel *pro hac vice* for Plaintiff Chester Bailey. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Charles LaDuca is hereby admitted *pro hac vice* to represent Plaintiff Chester Bailey.

Signed: March 30, 2015

David C. Keesler
United States Magistrate Judge